UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>   v.<br><br>HHLP SUNNY ASSOCIATES LLC,<br><br>        Defendant. | Case No. 21-cv-05924-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On September 1, 2021, plaintiff advised that this matter settled and indicated that she expected dismissal to be filed "in the coming month." Dkt. No. 10. On September 2, 2021, the Court issued an Order to Show Cause re Settlement, setting an October 1, 2021 deadline for dismissal. If no dismissal was filed by that date, the order set an October 5, 2021 deadline for a response to the order to show cause, and an October 12, 2021 hearing at which the parties were to show cause why the matter should not be dismissed. Dkt. No. 11.

No dismissal or response to the September 2, 2021 show cause order have been filed, and no party appeared at the October 12, 2021 hearing.

By **October 15, 2021**, plaintiff shall file a response to the present order and show cause why this matter should not be dismissed for her failure to prosecute and failure to follow court orders. If plaintiff fails to respond to this order, this Court will recommend dismissal of this matter.

**IT IS SO ORDERED.**

Dated: October 12, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge