UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE,<br><br>    Plaintiff,<br><br>v.<br><br>HHLP SUNNY ASSOCIATES LLC,<br><br>    Defendant. | Case No.  21-cv-05924-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL**<br><br>Re: Dkt. No. 15 |
|---|---|

The Court has reviewed Magistrate Judge DeMarchi's Report and Recommendation Re Dismissal. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is dismissed without prejudice for plaintiff's failure to prosecute and to follow court orders. The Clerk is directed to enter judgment in favor of defendant and to close the case.

**IT IS SO ORDERED.**

Dated:  November 8, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge